FILED 24 JAN 2024 PM 4:06 - USDC - FLMD - ORL

SEALED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:24-cr-23-CEM-RMN
     18 U.S.C. § 2422(b)
MATTHEW REED DIONE    18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about February of 2020, through on or about August 31, 2020, in the Middle District of Florida, and elsewhere, the defendant,

**MATTHEW REED DIONE,**

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: unlawful activity with certain minors (sexual activity by a person 24 years of age or older with a person 16 or 17 years of age), in violation of Florida statute §794.05(1).

In violation of 18 U.S.C. § 2422(b).

### COUNT TWO

On or about January 19, 2023, in the Middle District of Florida, and elsewhere, the defendant,

MATTHEW REED DIONE,

did knowingly possess material that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 2253 and 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §2428:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of a violation of 18 U.S.C. § 2252A(a)(5)(B), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A,

or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4.    The property to be forfeited includes, but is not limited to, the following: two Toshiba hard drives, a black hard drive, and an iPhone 6S, all of which were seized from the Defendant's residence on January 19, 2023.

5.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Courtney D. Richardson-Jones
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW REED DIONE

## INDICTMENT

Violation:  18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)

A true bill

_____
Foreperson

Filed in open court this 24th day of January 2024.

_____
Clerk

Bail  $ _____

GPO 863 525