# EXHIBIT 2

## The ITM Group
Intensive Treatment Modalities
1208 NW 6th Street, Gainesville, Florida 32601
(352) 379-2829  Fax: (352) 379-2843

January 17, 2024

Fritz Scheller, Esq.
200 E Robinson St Ste 1150
Orlando, FL 32801

Re: Matthew Dione            DOB: ▓▓▓▓▓▓▓

This is letter regarding the treatment progress thus far for Mr. Matthew Dione, who was referred and began outpatient individual treatment while awaiting sentencing for US Federal Case No. 6:24-cr-CEM-RMN.  He has been seen for weekly individual sessions starting in August 2024.

Mr. Dione has been actively participating in each session, processing concepts as part of beginning to address aspects of issues leading up to his life prior to his arrest.  Concepts addressed as a part of treatment have included learning about the concept of cognitive distortions, discussing connections between thoughts and emotions, and discussing aspects of healthy friendships, relationships, and boundaries.  Mr. Dione has looked at aspects of his family system growing up, and influences to his beliefs of self, others, and the world.  Mr. Dione discussed various parts of his sexual history and beliefs about sex and relationships, and was amenable to challenging some of the beliefs he had prior to his arrest.  When discussing aspects of issues leading up to his arrest, Mr. Dione was greatly remorseful for his actions and the effects of harm for all affected.  He appeared to improve insights to effects of his actions, and learn about ways one may use unhealthy rationalizations to both excuse problem behaviors prior to acting, along with also justifying or minimizing effects after.  In Mr. Dione's progress in treatment, he has appeared to greatly benefit from processing these concepts.

Recently this therapist was able to review the psychosexual evaluation Mr. Dione completed with Dr. Jeffrey Danzinger, dated 6/30/2024.  Results and conclusions in the evaluation appear to concur with what Mr. Dione has presented in outpatient therapy thus far, including the scoring of the STATIC-99 actuarial assessment in the report. As stated in the report, Mr. Dione would present as falling in the average category of risk of recidivism.  However, it is important to note average risk among offenders of sexual offenses in this category would fall between 3.9% and 7.9% predicted risk of recidivism.

Overall Mr. Dione appears to continue benefiting from attending outpatient treatment, and appears very amendable to addressing his issues as a part of a counseling program.  Once sentenced, he appears to be an excellent candidate to do well in problem sexual behavior specific counseling, to be completed with a therapist who specializes in sex offender-specific treatment following the guidelines set forth by ATSA (Association for the Treatment & Prevention of Sexual Abuse).

If you have any further questions or concerns, please contact me either by my cell phone at # ▇▇▇▇▇▇▇▇ or by email at ▇▇▇▇▇▇▇▇▇▇ .

Sincerely,

*Jack B Stultz, LMFT*
_____
Jack B. Stultz, M.S., LMFT
Licensed Marriage & Family Therapist #MT2147