UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:24-cr-23-CEM-RMN**

**MATTHEW REED DIONE**

AUSA: Courtney Richardson-Jones

Defense Attorney: Fritz Scheller, Retained

| JUDGE: | **CARLOS E. MENDOZA**<br><br>United States District Judge | DATE AND TIME: | **February 19, 2025**<br>2:03 P.M. – 3:18 P.M.<br>3:37 P.M. – 3:49 P.M |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME | 1 Hour, 27 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.   Defendant placed under oath.

Defendant is adjudged guilty as to Count One of the Indictment.

<u>Witnesses (sworn)</u>:
Cynthia Gerber (mother)

<u>Witnesses (unsworn)</u>:
Cheina Ramos (girlfriend)
A.L. (victim)
E.G. (victim)

Court is in brief recess.

Court resumes.

**IMPRISONMENT**: 240 MONTHS.

    The Court makes the following recommendation to the Bureau of Prisons:
1. Defendant be placed at FMC Butner in North Carolina, for medical care.

**SUPERVISED RELEASE**:   10 YEARS.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Drug Aftercare
- Mental Health Treatment Specialized for Sex Offender
- Register with Sex Offender Registries
- No Direct Contact with Minors
- No Contact with Victims CV-1, CV-2, CV-3, CV-4
- Media and Computer Restrictions
- Submit to Search
- Financial Restrictions
- Collection of DNA

**RESTITUTION**:   $13,270.18.
<u>Payees</u>: $4,270.18 to C.V. 1; $3,000.00 to C.V. 2; $3,000.00 to C.V. 3; $3,000.00 to C.V. 4

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

**JVTA ASSESSMENT:** Not imposed.

**AVAA ASSESSMENT:** N/A.

Plea agreement is accepted.

**DISMISSAL:** In accordance with the plea agreement, it is ORDERED that Count Two of the Indictment is DISMISSED.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court is adjourned.